August 1, 2025

<u>Via E-mail and ECF</u>

The Hon. Judge Sean H. Lane
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Genesis Global Capital, LLC et al. v. Digital Currency Group, Inc. et al.*,
            Adv. Pro. No. 1:125-ap-1097

Dear Judge Lane:

    We write jointly on behalf of Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd (collectively, "<u>Plaintiffs</u>") and Digital Currency Group, Inc., Barry Silbert, DCG International Investments Ltd., HQ Enhanced Yield Fund LP (f/k/a HQ Cash Management Fund LP), Grayscale Operating LLC (f/k/a Grayscale Investments LLC), Foundry Digital LLC (f/k/a DCG Foundry LLC), Genesis Global Trading, Inc., Luno Australia Pty Ltd, Ducera LLC, Michael Kramer, Alan Silbert, and INX Limited (collectively, "<u>Defendants</u>," and together with Plaintiffs, the "<u>Parties</u>").

    The Parties have agreed on a proposed briefing schedule for Defendants' motions to dismiss:

    1.    Defendants' opening motion(s) to dismiss: Monday, **August 25, 2025**

    2.    Plaintiffs' opposition: Friday, **November 21, 2025**

    3.    Defendants' reply/replies: Monday, **January 12, 2026**

    The Parties have further agreed to an aggregate page limit of 150 pages for Defendants' moving briefs (i.e., approximately one-third of the default limit under the Court's Chambers' Rules). Defendants will either sign or otherwise join a brief on common issues and submit separate, Defendant-specific supplemental briefs, subject to the aggregate page limit. Plaintiffs will have reciprocal page limits for their opposition. Defendants will have an aggregate page limit of 75 pages for their reply briefs. Plaintiffs reserve their right to amend the complaint.

    Pursuant to Local Bankruptcy Rule 5070-1, the Parties jointly request that the Court issue a return date for a hearing on the motions to dismiss at its convenience following January 12, 2026.

    Further, the Parties have agreed to meet and confer on their Rule 26 obligations and proposed Scheduling Order after motions to dismiss are filed, but no later than September

Hon. Judge Sean H. Lane
August 1, 2025

15, 2025. Consistent with this request, the Parties would submit a Rule 26(f) report by no later than September 29, 2025.

The Parties accordingly respectfully request that the Court hold the initial pre-trial conference to discuss the Scheduling Order during the week of October 6, 2025, and enter a Scheduling Order in this matter shortly thereafter, as permitted by Fed. R. Civ. P. 16(b), made applicable to this matter through Fed. R. Bankr. P. 7016.[1] This schedule would be in the interest of efficient administration of this proceeding, as it would allow the multiple Parties time to meet and confer to try to reach agreement regarding discovery and scheduling following the Defendants' response to the complaint.

Respectfully submitted,

| **SELENDY GAY PLLC** | **DAVIS POLK & WARDWELL LLP** |
|---|---|
| */s/ Maria Ginzburg* | */s/ Elliot Moskowitz* |
| Philippe Z. Selendy | Benjamin S. Kaminetzky |
| Jennifer M. Selendy | Elliot Moskowitz |
| Kelley A. Cornish | Daniel J. Schwartz |
| Maria Ginzburg | Matthew R. Brock |
| Julie Singer | DAVIS POLK & WARDWELL LLP |
| Tony Russo | 450 Lexington Avenue |
| SELENDY GAY PLLC | New York, NY 10017 |
| 1290 Avenue of the Americas | Tel: 212-450-4000 |
| New York, NY 10104 | ben.kaminetzky@davispolk.com |
| Tel: 212-390-9000 | elliot.moskowitz@davispolk.com |
| pselendy@selendygay.com | daniel.schwartz@davispolk.com |
| jselendy@selendygay.com | matthew.brock@davispolk.com |
| kcornish@selendygay.com | |
| mginzburg@selendygay.com | *Attorneys for Defendants Digital Currency Group, Inc., HQ Enhanced Yield Fund LP, and DCG International Investments Ltd.* |
| jsinger@selendygay.com | |
| trusso@selendygay.com | |
| | |
| *Attorneys for Plaintiffs Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.* | |

---

[1] Fed. R. Civ. P. 16(b)(2) permits the Court to delay entry of a Scheduling Order upon a finding of "good cause."

2

Hon. Judge Sean H. Lane
August 1, 2025

| | |
|---|---|
| **CLIFFORD CHANCE US LLP** | **VENABLE LLP** |
| */s/ Daniel Silver* | */s/ Edward P. Boyle* |
| Daniel Silver<br>Anthony M. Candido<br>John P. Alexander<br>CLIFFORD CHANCE US LLP<br>375 9th Ave<br>New York, NY 10001<br>Tel: 212-878-3225<br>daniel.silver@cliffordchance.com<br>john.alexander@cliffordchance.com<br><br>*Attorneys for Defendant Barry Silbert* | Edward P. Boyle<br>Rishi Kapoor<br>Anna G. Dimon<br>VENABLE LLP<br>151 W. 42nd Street, 49th Floor<br>New York, NY 10036<br>Tel: 212-307-5500<br>EPBoyle@Venable.com<br>RKapoor@Venable.com<br>AGDimon@Venable.com<br><br>*Attorneys for Defendants Grayscale Operating LLC, Foundry Digital LLC, and Luno Australia Pty. Ltd* |
| **WEIL, GOTSHAL & MANGES LLP** | **MORRISON & FOERSTER LLP** |
| */s/ Caroline Zalka* | */s/ Jessica Kaufman* |
| Jeffrey Saferstein<br>Caroline Zalka<br>Jessica Liou<br>Josh Wesneski<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: 212-310-8000<br>jeffrey.saferstein@weil.com<br>caroline.zalka@weil.com<br>jessica.liou@weil.com<br>joshua.wesneski@weil.com<br><br>*Attorneys for Defendant Genesis Global Trading, Inc.* | Jessica Kaufman<br>Janie Buckley<br>Carrie H. Cohen<br>Michael D. Birnbaum<br>Benjamin W. Butterfield<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>Tel: 212-468-8000<br>jkaufman@mofo.com<br>jbuckley@mofo.com<br>ccohen@mofo.com<br>mbirnbaum@mofo.com<br>bbutterfield@mofo.com<br><br>*Attorneys for Defendants Ducera LLC and Michael Kramer* |

Hon. Judge Sean H. Lane
August 1, 2025

| | |
|---|---|
| **BALLARD SPAHR LLP** | **GREENBERG TRAURIG LLP** |
| */s/ Matthew G. Summers* | */s/ Ari Newman* |
| Celia A. Cohen | Ari Newman |
| Matthew G. Summers | Michael A. Berlin |
| BALLARD SPAHR LLP | Candra Connelly |
| 1675 Broadway, 19th Floor | GREENBERG TRAURIG LLP |
| New York, NY 10019 | One Vanderbilt Avenue |
| Tel: 212-223-0200 | New York, NY 10017 |
| cohenc@ballardspahr.com | Tel: 212-801-6424 |
| summersm@ballardspahr.com | Newmanar@gtlaw.com |
| | Michael.Berlin@gtlaw.com |
| | Candra.Connelly@gtlaw.com |
| *Attorneys for Defendant Alan Silbert* | *Attorneys for Defendant INX Limited* |